OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, with costs, and the order and judgment of Supreme Court reinstated.
 

 The arbitration sought in this instance lies within the permissible scope of the Taylor Law (Civil Service Law, art 14), and the issue tendered (the right of the teachers association to use office space in school buildings) falls within the ambit of the broad arbitration clause contained in the collective bargaining agreement between the parties (cf.
 
 Matter of Acting Supt. of Schools [United Liverpool Faculty Assn.],
 
 42 NY2d 509, 513-514).
 

 The arguments of the school board that the arbitrator might make an award that could be said to be in violation of public policy do not justify judicial intervention in the arbitration process at this stage
 
 (Matter of Port Washington Union Free School Dist. v Port Washington Teachers Assn., 45
 
 NY2d 411, 417-418). And, of course, the courts are enjoined from consideration of the merits of the dispute between the parties (CPLR 7501).
 

 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Meyer, Simons and Kaye concur in memorandum.
 

 Order reversed, etc.